USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-23-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RON LEE,

        **Plaintiff,**

- against -

ALLIEDBARTON SECURITY SERVICES, et al.,

        **Defendants.**

REPORT AND RECOMMENDATION

09 Civ. 7375 (SHS) (RLE)

**To the HONORABLE SIDNEY H. STEIN, U.S.D.J.:**

  A District Court may dismiss a case for failure to serve a defendant within 120 days. Fed. R. Civ. P. Rule 4(m); *see Zapata v. City of New York*, 502 F.3d 192, 197 (2d Cir. 2007). Pro se Plaintiff Ron Lee filed his Complaint in the instant action on October 6, 2009. The Court held a conference on January 14, 2010, and, prior to the conference, had sent notice of it to Lee at the address on file with the Court. Lee did not attend the conference. On January 19, 2010, the Court ordered Lee to serve Defendants by January 28, 2010, or SHOW CAUSE why he had not completed service. A copy of the order was sent to Lee's address. In the order, the Court noted that a failure to respond might result in the dismissal of his case. To date, more than 160 days have elapsed since the Complaint was filed, and Lee has failed to serve any Defendants. Therefore, the Court recommends that Lee's case be **DISMISSED** without prejudice for failure to serve Defendants.

  Pursuant to Rule 72, Federal Rules of Civil Procedure, the parties shall have fourteen (14) days after being served with a copy of the recommended disposition to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of the Court and served on all adversaries, with extra copies delivered to the chambers of the Honorable Sidney H. Stein, 500 Pearl Street, Room 1010, and to the chambers of the

---

Case 1:09-cv-07375-JSR-RLE Document 7 Filed 03/23/10 Page 2 of 2

undersigned, Room 1970. Failure to file timely objections shall constitute a waiver of those objections both in the District Court and on later appeal to the United States Court of Appeals. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985); *Small v. Sec'y of Health and Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (*per curiam*); 28 U.S.C. § 636(b)(1) (West Supp. 1995); Fed. R. Civ. P. 72, 6(a), 6(d).

**DATED: March 23, 2010**
**New York, New York**

Respectfully Submitted,

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge

Copies of this Report and Recommendation were sent to:

Pro Se Plaintiff
Ron Lee
428 New Port Avenue
1st Floor
Brooklyn, NY 11207

Counsel for Defendant CIGNA Healthcare
Emily Anna Hayes
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604

Counsel for Defendant AlliedBarton Security Services, LLC
Janet Linn
Eckert, Seamans, Cherin & Mellott LLC
10 Bank Street, Suite 1061
White Plains, NY 10606

Matthew Crawford
Martenson, Hasbrouck & Simon LLP
3379 Peachtree Road, N.E.
Suite 400
Atlanta, GA 30326

2